**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00227-CV**

_____

**CHANCE M. PERRY, Appellant**

**V.**

**COURTNEY L. PERRY, Appellee**

**On Appeal from the County Court at Law No. 2**
**Orange County, Texas**
**Trial Cause No. E200480-D**

**MEMORANDUM OPINION**

Chance M. Perry, Appellant, filed "Appellant's Notice of Non-Suit," which we will treat as an unopposed motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). Perry filed the notice, which we are treating as a motion, before we decided the appeal.

We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 10, 2024
Opinion Delivered April 11, 2024
Before Horton, Johnson and Wright, JJ.

1